THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00206-MR-DLH

| | | |
|---|---|---|
| ELAN MANHAM and VERA MANHAM, | ) ) ) | |
| Plaintiffs, | ) ) | |
| vs. | ) ) | **O R D E R** |
| SUNTRUST BANK and APRIL KISSELBURG DAVIS, | ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the Court on the mediator's report to the Court advising that this matter has been settled. [Doc. 34]. The Court will allow the parties thirty (30) days in which to file a stipulation of dismissal.

**IT IS, THEREFORE, ORDERED** that the parties shall file a stipulation of dismissal within thirty (30) days of the entry of this Order.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge